"Motion for appointment of Counsel"

Christopher Baker

v

Commonwealth of Massachusetts

The plaintiff Christopher Baker moves the Court to appoint Counsel in a 1983 lawsuit. The plaintiff was incarcerated for 264 days for credit card fraud and numerous other charges due to a improper investigation by the Haverhill police dept.

Plaintiff is unable to afford Counsel and has requested to proceed "in Forma pauperis". Plaintiff is Currently incarcerated on unrelated charges at Nashua St jail.

Imprisonment will greatly limit his ability to litigate. The issues involved in this case are Complex and will require significant research and investigation. Plaintiff has limited access to the law library and limited

Knowledge of the law. Plaintiff has made repeated efforts to obtain a lawyer. Attached to this motion please find letters and emails sent and recieved by the plaintiff.

WHEREFORE, plaintiff requests the Court appoint a civil lawyer from the Massachusetts state bar as counsel in this case.

- November 24, 2025

Christopher Baker    2501391

200 Nashua st
Boston, MA 02114